FILED
United States Court of Appeals
Tenth Circuit

January 13, 2011

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

STATE OF OKLAHOMA, ex rel., W.A. DREW EDMONDSON, Attorney General of Oklahoma,

    Plaintiff - Appellee,

v.

BP AMERICA, INC.; BP CORPORATION NORTH AMERICA, INC.; BP PRODUCTS NORTH AMERICA, INC.; BP AMERICA PRODUCTION COMPANY,

    Defendants - Appellants.

_____

STATE OF KANSAS; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF HAWAII; STATE OF IDAHO; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MAINE; STATE OF MARYLAND; STATE OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE OF NEW JERSEY; STATE OF NEW MEXICO;

No. 10-6171
(D.C. No. 5:09-CV-00945-M)

STATE OF NORTH CAROLINA; STATE OF OHIO; STATE OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF UTAH; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WEST VIRGINIA; STATE OF WYOMING,

Amici Curiae.

## ORDER

Before **TACHA, KELLY,** and **MURPHY**, Circuit Judges.

This matter is before the court on the parties' *Joint Motion For Voluntary Dismissal Pursuant to FRAP 42(b)*. This motion is a replacement for the stipulation submitted originally on January 4, 2011. Upon consideration, the motion is granted.

Each party shall bear its own costs.

A copy of this order shall stand as the mandate of the court.

Entered for the Court,

ELISABETH A. SHUMAKER
Clerk of Court