# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

February 04, 2011

Douglas E. Cressler
Chief Deputy Clerk

Mr. Robert D. Dennis
United States District Court for the Western District of Oklahoma
Office of the Clerk
200 NW 4th Street
Oklahoma City, OK 73102

**RE:** **10-6171, Edmondson v. BP America, Inc., et al**
Dist/Ag docket: 5:09-CV-00945-M

Dear Clerk:

Due to a clerical error, the mandate for this case which should have issued on January 13, 2011, has issued today.

Please file accordingly in the records of your court.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:      Kristafer R. Ailslieger
            Thomas Alan Bates
            Katheleen Ann Ehrhart
            Brian Herrington
            William A. Isaacson
            Andrew A. Kassof
            James Francis Kelly
            Viktoria Lovei
            Henry Adam Meyer III
            David Kent Meyers
            William T. Pruitt
            Carlos M Sires
            Jeremiah L Streck
            Kathryn F Taylor
            Miles Tolbert
            Preston A. Trimble
            David John Zott

EAS/kf